# IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF ALABAMA
### NORTHERN DIVISION

| | |
|---|---|
| **JASMINE ADAMS**, *et al.*, | ) |
| | ) |
| Plaintiffs, | ) |
| | ) |
| v. | ) CIV. ACT. NO. 2:20-cv-27-TFM-N |
| | ) |
| **DEMOPOLIS CITY SCHOOLS**, *et al.*, | ) |
| | ) |
| Defendants. | ) |

## JUDGMENT

In accordance with the Court's Memorandum Opinion and Order that was entered on this same date, it is hereby **ORDERED**, **ADJUDGED**, and **DECREED** Plaintiff's claims are hereby **DISMISSED with prejudice**.

The Clerk of Court is **DIRECTED** to enter this document on the civil docket as a final judgment pursuant to Fed. R. Civ. P. 58.

**DONE** and **ORDERED** this the 22nd day of March, 2022.

s/Terry F. Moorer<br>
TERRY F. MOORER<br>
UNITED STATES DISTRICT JUDGE